# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JB VIVA VEGAS, LP, | Case No. 2:16-cv-01130-APG-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 13) |
| NEVADA RESORT ASSOCIATION - IATSE LOCAL 720 RETIREMENT PLAN, | |
| Defendant(s). | |

Pending before the Court is a stipulation to stay discovery pending resolution of Defendant's motion to dismiss, Docket No. 13; *see also* Docket No. 8 (motion to dismiss), which is hereby **GRANTED**. In the event the motion to dismiss is not granted in full, the parties shall file a proposed discovery plan within seven days of the resolution of that motion.

IT IS SO ORDERED.

DATED: July 26, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge