Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland
Nevada Bar No. 10132
Christopher M. Humes, Esq.
Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:    (702) 382-8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com
Email: chumes@bhfs.com

*Attorneys for Defendant Nevada Resort Association -
IATSE Retirement Local 720 Pension Plan*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JB VIVA VEGAS, L.P., | CASE NO.:  2:16-cv-01130-APG-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| NEVADA RESORT ASSOCIATION - IATSE RETIREMENT LOCAL 720 PENSION PLAN, | |
| Defendant. | **[FIRST REQUEST]** |

Plaintiff, JB Viva Vegas, L.P. ("JB"), and Defendant, Nevada Resort Association - IATSE Retirement Local 720 Pension Plan (the "Plan"), by and through their undersigned counsel of record, hereby stipulate and request an order extending the deadline from November 20, 2017, to November 22, 2017, to file the parties' respective replies in support of their motions for summary judgment. This extension is not sought for an improper purpose or delay. Plan counsel recently learned on Saturday, November 18, 2017, that a colleague unexpectedly passed away. JB's counsel graciously agreed to extend the deadline two days so that Plan counsel may attend funeral services.

Accordingly, the parties agree that they shall have up to and including November 22,

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

1

16162016

1  2017, in which to file their replies in support of the motions for summary judgment.

2  Dated:  November 20, 2017          /s/ Eric Field

3                                     Lawrence Levien, Esq.
                                      Eric Field, Esq.

4                                     Beth Cyr, Esq.
                                      Akin Gump Strauss Hauer & Feld LLP

5                                     1333 New Hampshire Ave., NW
                                      Washington, DC 20036

6

7                                     Mark J. Ricciardi, Esq.
                                      Fisher & Phillips LLP

8                                     300 S. Fourth Street, Suite 1500
                                      Las Vegas, Nevada 89101

9
                                      *Attorneys for Plaintiff JB Viva Vegas, L.P.*

10

11

12  Dated:  November 20, 2017          /s/ Christopher M. Humes
                                      Adam P. Segal, Esq.

13                                     Nevada Bar No. 6120
                                      Christopher M

14                                     Nevada Bar No. 12782
                                      Brownstein Hyatt Farber Schreck, LLP

15                                     100 North City Parkway, Suite 1600
                                      Las Vegas, Nevada 89106-4614

16                                     Off:  702.382-2101
                                      asegal@bhfs..com

17                                     chumes@bhfs.com

18
                                      *Attorneys for Defendant Nevada Resort Association - IATSE*

19                                     *Retirement Local 720 Pension Plan*

20

21      **IT IS ORDERED** that the parties' deadline to file replies in support of their motions for

22  summary judgment is extended from November 20, 2017, to November 22, 2017.

23      Dated: November 20, 2017.

24                                     _____

25                                     UNITED STATES DISTRICT JUDGE

26

27

28
                                      2
16162016